UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CAMERON INDUSTRIES, INC.,

        Plaintiff,

        -v-

DESIGN COLLECTION, INC.,

        Defendant.

------------------------------------ x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11-12-09

09 Civ. 3201 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

      The Court hereby orders the defendant and counsel for the parties in the above-captioned case to convene a joint telephone conference with the Court on Thursday, November 12, 2009 at 12:00PM EST.  The defendant is advised that failure to participate in the conference may result in a default judgment against him.

      SO ORDERED.

                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
       November 10, 2009